AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

FILED
SEP 18 2019
Clerk, U.S. District Court
Texas Eastern

| | |
|---|---|
| United States of America<br>v.<br><br>Craig Martin Beason<br><br>Defendant(s) | )<br>)<br>) Case No. 4:19mj536   (SEALED)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __09/12/2019__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) | distributed a quantity of a mixture and substance containing a detectable amount of methamphetamine. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Jeannette Williamson, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: __09/18/2019  10:30 am__

_____
Judge's signature

City and state: __Sherman, Texas__     Christine A. Nowak, U.S. Magistrate Judge
Printed name and title