DATE  9/20/2019
LOCATION  Sherman
JUDGE  Christine A. Nowak
DEPUTY CLERK  K. Lee
COURT REPORTER  Digital Recording
USPO: R. Blanco / L. Dudley
Interpreter: Not Required
BEGIN: 10:14 a.m. / 10:20 a.m.

CASE NUMBER  4:19MJ536-1 CAN
USA _____ Assigned
V  Colleen Bloss _____ Appeared

Craig Martin Beason
Defendant
Brian O'Shea, FPD
Attorney

---

☑ **INITIAL APPEARANCE ON COMPLAINT**   ☐ _____

☑ Defendant Sworn       ☐ Interpreter Required

☑ Dft appears: ☐ with  ☑ without counsel  ☐ pro se       ☐ Counsel appears on behalf of defendant
  Appears on: ☑ Complaint

☑ Date of arrest: 9/18/19
☑ Dft  ☑ advised of charges, penalties, and rights

☑ Dft first appearance with counsel  ☐ CJA appointed  ☐ Retained  ☑ Federal Public Defender appointed
  Attorney: Brian O'Shea
☐ Defendant advises the Court that he/she ☐ has counsel: _____ or, ☐ will hire counsel.
☑ Defendant requests appointed counsel, is sworn & examined re: financial status.
☑ Financial affidavit executed by dft. The court finds the defendant ☐ able  ☑ unable to employ counsel.
☑ U.S. Pub Defender  Brian O'Shea  appointed
☐ If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.

☐ Defendant waived preliminary hearing
☑ Preliminary hearing set for  9/26/19 9:00 a.m.

☑ Govt oral motion for detention  ☐ Govt oral motion for continuance       ☐ Oral Order granting  ☐ Oral Order denying
☑ Defendant oral motion to continue preliminary and detention hearing       ☑ Oral Order granting  ☐ Oral Order denying
☑ Detention Hrg set  9/26/19 9:00 a.m.

☐ Order setting conditions of release    ☐ Bond executed; dft released    ☐ Not executed at this time

☐ Dft signed Waiver of Detention Hearing.

☐ Defendant released on Conditions of Release

☑ Defendant remanded to the custody of the United States Marshal.