IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | CASE NUMBER 4:19-MJ-00536 |
| v. | § § § § | |
| CRAIG MARTIN BEASON | § | |

### ORDER OF DETENTION

The Court held a hearing to consider the matter of Defendant's detention pending trial. Defendant waived his right to a detention hearing. It is therefore

ORDERED that the Defendant is detained pending trial without prejudice to his re-raising the issue of pretrial detention at any time.

Signed September 26, 2019.

_____
CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE